IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v.  : <br> : **CASE NO: 7:23-CR-65 WLS-TQL-10** <br> **MARIA YOUNG GRAHAM,** : <br> : <br> **Defendant.** : <br> _____ | |

**ORDER**

On July 12, 2023, Defendant Maria Young Graham ("Graham") and nineteen additional Defendants were indicted by a grand jury in a forty-three count indictment (Doc. 1). Graham was not arrested until February 21, 2024. Her arraignment was held on February 22, 2024, and Keith Eric Fitzgerald has been appointed as her counsel.

By Order (Doc. 294) ("Complex Case Order") entered September 11, 2023, Case No. 7:23-CR-65 was declared a complex case. This Order provides Notice to Defendant Graham, as a named Defendant in the above-referenced Indictment, that she is subject to the terms of the Complex Case Order, including the finding that the ends of justice served by designating the case as complex outweigh the best interest of the public and Defendants, including Graham, in a speedy trial.

Based on the foregoing, it is hereby **ORDERED** that the Defendant Graham's case is included in the Court's Complex Case Order and deemed complex, and the above-captioned matter is hereby **CERTIFIED COMPLEX**. Therefore, it is **ORDERED** that Defendant Graham's case be **EXCLUDED FROM COMPUTATION** under 18 U.S.C. § 3161 for the reasons set forth in the Complex Case Order (Doc. 294).

It is further **ORDERED** that Defendant Graham shall have fourteen (14) days from the date of entry of this Order within which to file any objection to the findings and order herein related to this case being declared complex. Any such objection shall be accompanied by a supporting brief. Responses by any party may be filed within seven (7) days following any objection by Defendant Graham.

The Court further finds it is necessary to address scheduling deadlines and a tentative trial date as to Defendant Graham's case. On November 21, 2023, the Court entered an Order (Doc. 317) ("Scheduling Order") scheduling the following deadlines for disposition of this complex case with respect to the Co-Defendants who had been arraigned as of that date.[1]

| | |
|---|---|
| 12/1/2023 | The Government will have discovery available to Defense<br>• Partial production made on 11/14/2023 of FBI reports |
| 12/16/2023 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. Notice of alibi or other affirmative defenses due per Federal Rule of Criminal Procedure 12.1, 12.2, and 12.3. |
| 4/1/2024 | Motions, other than motions in limine, due. |
| 4/22/2024 | Motion responses due. |
| 5/6/2024 | Motion replies due; Government's expert notices due. |
| 5/20/2024 | Rule 404(b) notices due. Deadline to provide notice of intent to use evidence under Federal Rule of Evidence 902. |
| 5/20/2024 | Defense expert notices due. |
| 6/11/2024 | Motions hearing and/or status conference. |
| 7/29/2024 | Motions in limine due. |
| 8/12/2024 | Proposed voir dire questions due. Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office. It is the responsibility of each attorney to review these questionnaires prior to trial. Voir dire questions may not repeat material contained in the questionnaires;<br>Requests to Charge due;<br>Proposed verdict form due;<br>Motion in limine responses due;<br>Voir dire objections due. |
| 9/5/2024 | Final pretrial conference and motions hearing on all pending motions. |
| 9/4/2024 | Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Gloria_Anderson@gamd.uscourts.gov no later than NOON; Electronic evidence files should be provided to the courtroom deputy no later than NOON. Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). All *Jencks* material including the grand jury testimony of witnesses who will be testifying at trial due. Failure to disclose being excused for good cause during trial. |
| 9/9/2024 | Trial commences. |

---

[1] The Arraigned Defendants as of November 21, 2023 were: Calvin Smith Sr. (1), James McCormick (2), Bobby Kaiser (3), Calvin James Smith, Jr. (4), Joe Smith (5), Larkem Hayes (6), Vernardo Henley (7), Justin Thompson (8), Carla McNorton (9), Mitchell Brown (11), Christopher Martin (12), Amjed Hajjaj (14), Willie Keeley (15), Willie Brown (16), Rosa Lee Simmons (17), Yardley Payne (18), and Harold Gray (19).

Defendant Graham had not made an initial appearance in the case when the Scheduling Order was entered.

Accordingly, it is hereby **ORDERED** that the Government and Defendant Graham shall confer and then meet with the Court in a status conference to discuss deadlines, scheduling, and any adjustments to the Scheduling Order that are necessary, including whether Defendant Graham's case will tentatively be ready to proceed to trial in September 2024 along with the remaining Defendants in this case.

It is further **ORDERED** that Defendant Graham and the Government are hereby **ORDERED** to submit a joint proposed scheduling order highlighting any proposed modifications to the Scheduling Order, no later **than fourteen (14) days** from the date of entry of this Order. The proposed order is to be e-mailed in Word format to the Clerk's Office mailbox at valdosta.ecf@gamd.uscourts.gov **[DO NOT E-FILE]**.

It is further **ORDERED** that Lead Counsel for the Government and Defendant Graham shall appear **in-person** for a scheduling conference on **Wednesday, March 27, 2024, at 2:00 p.m.**, at the C.B. King United States Courthouse, Albany, Georgia.

**SO ORDERED**, this 26th day of February 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**